IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DONALD DRAUGHON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-CV-02264-JAR-GLR |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S AMENDED FINAL WITNESS AND EXHIBIT LIST**

Plaintiff Donald Draughon ("Plaintiff") submits the following amended trial witness and exhibit list.[1]

**A.     PLAINTIFF'S WITNESS LIST**

Plaintiff intends to call the following witnesses at trial  Plaintiff reserves the right to call additional witnesses should they become important to the issues in the case, as provided for in the Court's Guidelines for Civil Proceedings, and for rebuttal or impeachment purposes.

1. <u>Donald Draughon</u>.  Donald Draughon, the father of Cpl. William Draughon, is expected to testify live about all aspects of this case, including, but not limited to, his relationship with Cpl. Draughon; Cpl. Draughon's military service and experiences; Cpl. Draughon's medical and mental health conditions; the treatment and care provided to Cpl. Draughon; Cpl. Draughon's mental state and behavior prior to his military service;  Cpl. Draughon's mental state and behavior after his military service; Cpl. Draughon's suicide attempts; Cpl. Draughon's PTSD symptoms and episodes; Cpl. Draughon's mental state and behavior in the time period leading up to his death; Cpl. Draughon's death; and damages sustained.

2. <u>Laurie Draughon</u>.  Laurie Draughon, the stepmother of William Draughon, is expected to testify live about all aspects of this case, including, but not limited to, her relationship with Cpl. Draughon; Cpl. Draughon's military service and experiences; Cpl. Draughon's medical and mental health conditions; the treatment and care provided to Cpl. Draughon; Cpl. Draughon's mental state and behavior prior to his military service;  Cpl. Draughon's mental state and behavior after his

---

[1] Plaintiff previously filed his final witness and exhibit list on December 5, 2017 (Doc. 157). Plaintiff's amended witness and exhibit list reflects the removal of duplicative exhibits.

military service; Cpl. Draughon's suicide attempts; Cpl. Draughon's PTSD symptoms and episodes; Cpl. Draughon's mental state and behavior in the time period leading up to his death; Cpl. Draughon's death; and damages sustained.

3. <u>Corey Draughon</u>. Corey Draughon, the brother of Cpl. William Draughon, is expected to testify live about all aspects of this case, including, but not limited to, his relationship with Cpl. Draughon; Cpl. Draughon's military service and experiences; Cpl. Draughon's medical and mental health conditions; the treatment and care provided to Cpl. Draughon; Cpl. Draughon's mental state and behavior prior to his military service; Cpl. Draughon's mental state and behavior after his military service; Cpl. Draughon's suicide attempts; Cpl. Draughon's PTSD symptoms and episodes; Cpl. Draughon's mental state and behavior in the time period leading up to his death; Cpl. Draughon's death; and damages sustained.

4. <u>Jenifer Hultgren Campbell</u>. Jenifer Hultgren Campbell, the former wife of Cpl. Draughon, is expected to testify live about all aspects of this case, including, but not limited to, her relationship with Cpl. Draughon; Cpl. Draughon's military service and experiences; Cpl. Draughon's medical and mental health conditions; the treatment and care provided to Cpl. Draughon; Cpl. Draughon's mental state and behavior prior to his military service; Cpl. Draughon's mental state and behavior after his military service; Cpl. Draughon's PTSD symptoms and episodes.

5. <u>Sergeant Glenn Hamby</u>. Glenn Hamby is expected to testify about his relationship with Cpl. Draughon; Cpl. Draughon's military service, including his experiences while deployed in Iraq; Cpl. Draughon's medical and mental health conditions; the treatment and care provided to Cpl. Draughon; Cpl. Draughon's mental state and behavior when he began his military service; Cpl. Draughon's mental state and behavior after his military service ended; and Cpl. Draughon's mental state and behavior in the time period leading up to his death.

6. <u>Steve St. Louis</u>. Steve St. Louis, the high school coach of Cpl. Draughon, is expected to testify live about his relationship Cpl. Draughon and his personal knowledge of Cpl. Draughon's mental state and behavior prior to his military service.

7. <u>Andrea Barber</u>. Andrea Barber, the mother of one of Cpl. Draughon's children, is expected to testify live about her relationship with Cpl. Draughon; Cpl. Draughon's medical and mental health conditions; the treatment and care provided to Cpl. Draughon; Cpl. Draughon's mental state and behavior after his military service; Cpl. Draughon's suicide attempts; and Cpl. Draughon's PTSD symptoms and episodes.

8. <u>Denise Cumberland</u>. Denise Cumberland, the mother of one of Cpl. Draughon's children, is expected to testify live about her relationship with Cpl. Draughon; Cpl. Draughon's medical and mental health conditions; the treatment and care provided to Cpl. Draughon; Cpl. Draughon's mental state and behavior after his

military service; Cpl. Draughon's suicide attempts; and Cpl. Draughon's PTSD symptoms and episodes.

9. <u>Amalia Bullard</u>. Amalia Bullard will provide live testimony regarding the care and treatment provided to Cpl. Draughon; her role in the care and treatment provided to Cpl. Draughon; Cpl. Draughon's medical conditions; and the VA's policies and procedures.

10. <u>Thomas Demark</u>.  Thomas Demark will provide live testimony regarding the care and treatment provided to Cpl. Draughon; his role in the care and treatment provided to Cpl. Draughon; Cpl. Draughon's medical conditions; and the VA's policies and procedures.

11. <u>George Dent</u>. George Dent will provide live testimony regarding the care and treatment provided to Cpl. Draughon; his role in the care and treatment provided to Cpl. Draughon; Cpl. Draughon's medical conditions; and the VA's policies and procedures.

12. <u>Cherie Durkin</u>. Cherie Durkin will provide live testimony regarding the care and treatment provided to Cpl. Draughon; her role in the care and treatment provided to Cpl. Draughon; Cpl. Draughon's medical conditions; and the VA's policies and procedures.

13. <u>Raul Huet</u>.  Raul Huet will provide live testimony regarding the care and treatment provided to Cpl. Draughon; his role in the care and treatment provided to Cpl. Draughon; Cpl. Draughon's medical conditions; and the VA's policies and procedures.

14. <u>Karlene Newsom</u>. Karlene Newsom will provide live testimony regarding the care and treatment provided to Cpl. Draughon; her role in the care and treatment provided to Cpl. Draughon; Cpl. Draughon's medical conditions; and the VA's policies and procedures.

15. <u>Jenny Rosinski</u>. Jenny Rosinski will provide testimony regarding the care and treatment provided to Cpl. Draughon; her role in the care and treatment provided to Cpl. Draughon; Cpl. Draughon's medical conditions; and the VA's policies and procedures.

16. <u>James Walterbach</u>. James Walterbach will provide live testimony regarding the care and treatment provided to Cpl. Draughon; his role in the care and treatment provided to Cpl. Draughon; Cpl. Draughon's medical conditions; and the VA's policies and procedures.

17. <u>Dr. Michael Allen</u>.  Dr. Allen is an expert who is expected to provide live testimony regarding all aspects of this case, including, but not limited to, all matters contained in Plaintiff's disclosures of his expert testimony, including Cpl. Draughon's medical and mental health conditions; the treatment and care provided to Cpl. Draughon; the standard of care for treating the medical and

mental health conditions of Cpl. Draughon and the accompanying breaches of the standard of care; how the breaches of the standard of care directly caused and/or contributed to cause the death of Cpl. Draughon; and any other matters appropriate for an expert opinion in this case.

18. <u>Dr. Steven Bruce</u>.  Dr. Bruce is an expert who is expected to provide live testimony regarding all aspects of this case, including, but not limited to, all matters contained in Plaintiff's disclosures of his expert testimony, including Cpl. Draughon's medical and mental health conditions; the treatment and care provided to Cpl. Draughon; the standard of care for treating the medical and mental health conditions of Cpl. Draughon and the accompanying breaches of the standard of care; how the breaches of the standard of care directly caused and/or contributed to cause the death of Cpl. Draughon; and any other matters appropriate for an expert opinion in this case.

19. <u>Dr. Thomas Ireland</u>.  Dr. Ireland will testify live about all matters contained in Plaintiff's disclosures of his expert testimony; the economic damages sustained by Plaintiff as a result of Cpl. Draughon's death; the calculations undertaken to calculate Plaintiff's economic damages; and any other matters appropriate for an expert opinion in this case.

20. Any witness identified on Defendant's final witness list.

21. Any witness necessary for impeachment.

22. Any witness necessary for rebuttal.

23. Any records custodians necessary to lay the foundation for exhibits.

B. **PLAINTIFF'S EXHIBIT LIST**

The following are exhibits Plaintiff intends to use at trial, including exhibits that Plaintiff anticipates he may use for rebuttal or impeachment, subject to modification as the trial progresses.  Plaintiff reserves the right to use additional exhibits should they become important to the issues in the case, as provided for in the Court's Guidelines for Civil Proceedings, including for rebuttal or impeachment purposes.  Plaintiff further reserves the right to modify any exhibits, including adding, redacting or withdrawing exhibits from his Final Exhibit List, depending on the Court's rulings on motions in limine and Plaintiff's pending motion for leave

to supplement his expert disclosures.  Plaintiff does not waive his right to object, on any ground, to the admission of any exhibit designated below.

| No. | Description | I.D. | Off. | Adm./Stip | Deposition or Witness |
|---|---|---|---|---|---|
| 1. | Defendant's Initial Disclosure Pursuant to Fed. R. CIV. P. 26(A)(1)(A) | | | | |
| 2. | Defendant's First Supplemental Disclosure Pursuant to Fed. R. CIV. P. 26(A)(1)(A) | | | | |
| 3. | Defendant's Second Supplemental Disclosure Pursuant to Fed. R. CIV. P. 26(A)(1)(A) | | | | |
| 4. | Defendant's Third Supplemental Disclosure Pursuant to Fed. R. CIV. P. 26(A)(1)(A) | | | | |
| 5. | Defendant's Responses to Plaintiff's First Request for Production of Documents | | | | |
| 6. | Defendant's Responses to Plaintiff's Second Request for Production of Documents | | | | |
| 7. | Patient Safety Plan Template, 2008, http://www.suicidesafetyplan.com/Page_8.html | | | | |
| 8. | Stanley, Barbara and Brown, Gregory, "Safety Planning Guide – A Quick Guide for Clinicians (may be used in conjunction with the "Safety Planning Template"), 2008. www.wiche.edu/mentalhealth/ | | | | |
| 9. | Stanley, Barbara and Brown, Gregory: "Safety Plan Treatment Manual to Reduce Suicide Risk: Veteran Version" Final Version 08-20-2008 | | | | |
| 10. | Department of Veterans Affairs Safety Plan Worksheet | | | | |
| 11. | Department of Veterans Affairs Claim File (USA_VA_00001-00596) | | | | |
| 12. | Medical Records from the Department of Veterans Affair (USA_00001-00689) | | | | |
| 13. | Medical Records from the Department of Veterans Affair (USA_00001-00884) | | | | |
| 14. | Office of the Jackson County Medical Examiner, Report of the Medical Examiner for William Paul Draughon (USA_00910-00914) | | | | |
| 15. | Medical Records from Tri-County Mental Health (USA_00885-00938) | | | | |
| 16. | Medical Records from Saint Luke's Northland Hospital (June 27, 2009) (Donald Draughon Deposition Exhibit 67) | | | | |
| 17. | Billing Review from City of Kansas City, Missouri/KCFD (Donald Draughon Deposition | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Exhibit 73) | | | | |
| 18. | Medical Records from Addiction Recovery Services, Inc. (CSTAR Monthly Progress Notes (Donald Draughon Deposition Exhibit 78) | | | | |
| 19. | Department of Veterans Affairs Rating Decision for William P. Draughon, VA File Number 459 59 7653 (Donald Draughon Deposition Exhibit 86) | | | | |
| 20. | SMART records produced by Plaintiff (Donald Draughon Deposition Exhibit 100) (Draughon_01195, 01211-01217, 01224) | | | | |
| 21. | FICA Earnings for William Draughon (Donald Draughon Deposition Exhibit 112) | | | | |
| 22. | "William's Time line – DOB 10//12/1981 DOD 3/18/2010" (Donald Draughon Deposition Exhibit 118) | | | | |
| 23. | Handwritten notes (Laurie Draughon Deposition Exhibit 106) | | | | |
| 24. | Laurie Draughon email communications (Laurie Draughon Deposition Exhibit 95) | | | | |
| 25. | Laurie Draughon emails communications and notes to Kristine Flook (Laurie Draughon Deposition Exhibit 104) | | | | |
| 26. | Research regarding "dram shop" (alcohol liability) (Laurie Draughon Deposition Exhibit 105) | | | | |
| 27. | Kansas City, Missouri Police Department Records as of 03/02/2016 (USA_LAW_00001-00018) | | | | |
| 28. | Kansas City, Missouri Police Department records (DRAUGHON_01700-01725) | | | | |
| 29. | Department of Veterans Affairs. "Best Practice Manual for Posttraumatic Stress Disorder (PTSD) Compensation and Pension Examinations (DRAUGHON_ 00939-01016) | | | | |
| 30. | Obituaries, remembrances, funeral information for William Draughon (Draughon_01071-01072, 01242, 01726-01727) | | | | |
| 31. | Department of Veterans Affairs file produced by plaintiff (DRAUGHON_00696-00776) | | | | |
| 32. | Photograph of Donald Draughon's truck "In Loving Memory of William Draughon – October 12, 1981 – March 18, 2010 – You'll be Forever in Our Hearts | | | | |
| 33. | Photograph of William Draughon in uniform | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 34. | Photograph of William Draughon's Military ID tags. | | | | |
| 35. | Curriculum Vitae of Michael H. Allen, M.D. | | | | |
| 36. | Curriculum Vitae of Steven E. Bruce, Ph.D. | | | | |
| 37. | Curriculum Vitae Lawrence Amsel, M.D, MPH | | | | |
| 38. | Curriculum Vitae of Thomas R. Ireland, Ph.D. | | | | |
| 39. | October 5, 2016 Economic Assessments by Thomas R. Ireland, Ph.D. | | | | |
| 40. | Order/Notice to Withhold Income for Child Support | | | | |
| 41. | Veteran's Affairs Pension and Compensation Records (USA_VA_00143, 00260-00267) | | | | |
| 42. | VA Eastern Kansas HCS Memo No. M116-08 (11/13), Identification and Management of the Suicidal and/or Homicidal Individual | | | | |
| 43. | VA Suicide Prevention Functional Statement for Suicide Prevention Coordinator (Psychologist, GS-13) (Social Worker, GS-185-12) (Registered Nurse, V-610) | | | | |
| 44. | VA Position Description (Social Work Program Specialist, GS-185-12) | | | | |
| 45. | VA Eastern Kansas Health Care System Functional Statement, Suicide Prevention Case Manager-RN | | | | |
| 46. | November 21, 2016 Department of Veterans Affairs letter identifying Karlene Newsom, LCSW and Cherie Durkin MS,RN as suicide prevention employees with attached personnel files | | | | |
| 47. | Office of Suicide Prevention - U.S. Department of Veterans Affairs. "Suicide Among Veterans and Other Americans 2001-2014" August. 3, 2016 | | | | |
| 48. | Department of Veterans Affairs Medical Center, Policy Memorandum HAMR-136-01, "Completion of Patient Workload Documentation" June 1, 2015 | | | | |
| 49. | Department of Veterans Affairs Medical Center, Policy Memorandum 11-48, "Ambulatory Care Clinics" June 11, 2007 | | | | |
| 50. | Department of Veterans Affairs Medical Center, Medical Center Policy 11-11-095, KCVA | | | | |

|      |                                                                                                                                                                                                                                          |  |  |  |  |
|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|--|
|      | Facility No-Show Policy, December 2, 2016                                                                                                                                                                                                |  |  |  |  |
| 51.  | Department of Veterans Affairs Medical Center, Health System Policy Memorandum No. EKBO-15 (4/11) "Outpatient Scheduling Processes and Procedures", April 22, 2011                                                                        |  |  |  |  |
| 52.  | Department of Veterans Affairs VA Eastern Kansas Health Care System, Health System Policy Memorandum NO EKBO-36, Outpatient Scheduling and Appointment Management, August 24, 2007.                                                      |  |  |  |  |
| 53.  | Department of Veterans Affairs Substance Abuse Treatment and Recovery Training (START), Substance Abuse Residential Rehabilitation Treatment Program (SARRTP) and Substance Abuse Treatment Outpatient Program (STOP)                    |  |  |  |  |
| 54.  | Department of Veterans Affairs Psychiatry and Addiction Recovery Treatment (PART) – A VISN 15 Residential Dual Disorder Treatment Program                                                                                                 |  |  |  |  |
| 55.  | Department of Veterans Affairs VA Eastern Kansas Health Care System; "Welcome to the Psychiatry and Addiction Recovery Treatment (PART) Program.                                                                                          |  |  |  |  |
| 56.  | Diagnostic and Statistical Manual of Mental Disorders, DSM-IV-TR, Posttraumatic Stress Disorder Diagnosis & Criteria, 309.81 Posttraumatic Stress Disorder. *American Psychiatric Association*, 2000                                      |  |  |  |  |
| 57.  | Monson, CM, et al. "Cognitive Processing Therapy for Veterans with Military-Related Posttraumatic Stress Disorder." Journal of Consulting and Clinical Psychology", 2006, Vol. 74, No. 5, 898-907                                         |  |  |  |  |
| 58.  | Gradus, Jaimie, et al. "Prevention and Treatment: Treatment of Posttraumatic Stress Disorder Reduces Suicidal Ideation." Depression and Anxiety, 2013, 30, 1046-1053                                                                      |  |  |  |  |
| 59.  | Panagoiti, Marie, et al. "Post-traumatic stress disorder and suicidal behavior: A narrative review." Clinical Psychology Review 29, 2009, 471-482.                                                                                        |  |  |  |  |
| 60.  | Soderbert, Per, et al. "Special Section on the GAF: Reliability of Global Assessment of Functioning Ratings Made by Clinical Psychiatric Staff."  Psychiatric Services                                                                    |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | (http://ps.psychiatryonline.org), April 2005, Vol. 56, No. 4, 434-438. | | | | |
| 61. | McKeon, Richard, Ph.D. "Care Transitions: A Critical Focus for Suicide Prevention." Substance Abuse and Mental Health Services Administration. www.samhsa.gov | | | | |
| 62. | Kimbrel, Nathan, et al. "A 12-Month prospective study of the effects of PTSD-depression comorbidity on suicidal behavior in Iraq/Afghanistan-era veterans." Psychiatry Research 243 (2016) 97-99 | | | | |
| 63. | Suicide Prevention Resource Center (SPRC) in collaboration with the Substance Abuse and Mental Health Services Administration (SAMHSA). "Suicide Attempts and Suicide Deaths Subsequent to Discharge from an Emergency Department or an Inpatient Psychiatry Unit: Continuity of Care for Suicide Prevention and Research – 2011" http://www.sprc.org/sites/default/ files/migrate/library/continuityofcare.pdf | | | | |
| 64. | Colmery-O'Neil VAMC – Stress Disorder Treatment Program (SDTP) Application for Admission https://www.topeka.va.gov/documents/ SDTU_Application.pdf | | | | |
| 65. | Colmery-O'Neil VAMC – SDTP Frequently Asked Questions (FAQs) https://www.topeka.va.gov/documents/sdtp%20faqs.pdf | | | | |
| 66. | National Center for PTSD. "Cognitive Processing Therapy (CPT) for PTSD: How to Help Your Loved One during Treatment." www.ptsd.va.gov, May 2016. https://www.topeka.va.gov/documents/PTSD-RRTP.pdf | | | | |
| 67. | VA Eastern Kansas Health Care System, Stress Disorder Treatment Unit, Specialized Inpatient PTSD Unit – Topeka. https://www.topeka.va.gov/services/sdtu.asp | | | | |
| 68. | December 17, 2009 Department of Veterans Affairs – Veterans Health Administration – VHA Directive 2009-070 | | | | |
| 69. | February 2016 (v.2.0) – VA/DoD Clinical Practice Guideline for The Management of Concussion-Mild Traumatic Brain Injury - | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Prepared by the Management of Concussion-mild Traumatic Brain Injury Working Group | | | | |
| 70. | April 2016, (v.3.0) – VA/DoD Clinical Practice Guideline for The Management of Major Depressive Disorder – Prepared by The Management of Major Depressive Disorder Working Group | | | | |
| 71. | October 2010 (v. 2.0) - VA/DoD Practice Guideline for Management of Post-Traumatic Stress - Prepared by The Management of Post-Traumatic Stress Working Group | | | | |
| 72. | December 2015 (v. 3.0) - VA/DoD Practice Guideline for Management of Substance Use Disorders- Prepared by The Management of Substance Use Disorders Working Group | | | | |
| 73. | August 6, 2012 U.S. Department of Health and Human Services Food and Drug Administration, Center for Drug Evaluation and Research (CDER) – Guidance for Industry Suicidal Ideation and Behavior: Prospective Assessment of Occurrence in Clinical Trials | | | | |
| 74. | "It's Your Call" In-service documents for education, Deposition Exhibit 2 | | | | |
| 75. | Editorial Board, "For Suicidal Veterans, a Frayed Lifeline", *The New York Times*, July 17, 2016. Deposition Exhibit 3 | | | | |
| 76. | Suicide Risk Assessment Guide Reference Manual, Deposition Exhibit 4 | | | | |
| 77. | Use of Patient Record Flags to Identify Patients at High Risk for Suicide, Deposition Exhibit 4A | | | | |
| 78. | April 24, 2008 Department of Veterans Affairs memorandum – Patients at High Risk for Suicide, Deposition Exhibit 5 | | | | |
| 79. | Kansas City Veteran Affairs Medical Center FY2016 SARRTP Program Description (Revised 6/20/16), Deposition Exhibit 6 | | | | |
| 80. | October 2006 - Dwight D. Eisenhower VA Medical Center - Domiciliary Care Program, Deposition Exhibit 7 | | | | |
| 81. | Guideline for discontinuing the High Risk Flag, Deposition Exhibit 8 | | | | |
| 82. | Aug. 6, 2013 VA Memo: Guidance on Patients Failure to Attend Appointments (NO Shows), Deposition Exhibit 10 | | | | |
| 83. | Aug. 22, 2014 Mental Health NO Show Policy (116A-16), Deposition Exhibit 11 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 84. | VA Eastern Kansas HCS, Stress Disorder Treatment Program – General Program Overview, December 2015 Deposition Exhibit 12 | | | | |
| 85. | 2004 VA-DoD Practice Guidelines for the Management of Post-Traumatic Stress; Deposition Exhibit 13 | | | | |
| 86. | Colmery-O'Neil pamphlet "Stress Disorder Treatment Program (SDTP), Deposition Exhibit 14 | | | | |
| 87. | Your GAF Score, Deposition Exhibit 15 (http://www.ptsdveteran.com/gaf-score.html) | | | | |
| 88. | Lab Results – Serology, Deposition Exhibit 16 (USA_00080-00081) | | | | |
| 89. | Urine Drug Screen, Deposition Exhibit 17 (USA_00061-00062) | | | | |
| 90. | Confidential Summary – CVP Past Clinic Visits, Deposition Exhibit 18 (USA_02008-2011) | | | | |
| 91. | National Center for PTSD - PTSD Checklist for DSM-5 (PCL-5), Deposition Exhibit 19, (http://www.ptsd.va.gov/professional/ assessment/adult-sr/ptsd-checklist.asp) | | | | |
| 92. | National Center for PTSD – Clinician-Administered PTSD Scale for DSM-5 (CAPS-5), Deposition Exhibit 20, (http://www.ptsd.va.gov/professional/ assessment/adult-int/caps.asp) | | | | |
| 93. | U.S. Department of Veterans Affairs – National Center for PTSD; "Using the PTSD Checklist for DSM-IV (PCL); www.ptsd.va.gov | | | | |
| 94. | National Center for PTSD – Cognitive Processing Therapy for PTSD (http://www.ptsd.va.gov/PTSD/public/ treatment/therapy-med/cognitive_processing-therapy.asp | | | | |
| 95. | National Center for PTSD – The Relationship Between PTSD and Suicide (http://www.ptsd.va.gov/professional/co-occuring/ptsd-suicide.asp) | | | | |
| 96. | CV of Christopher B. Ticknor, Ticknor, M.D. Deposition Exhibit 2 | | | | |
| 97. | Expert Report of Christopher B. Ticknor; Ticknor, M.D. Deposition Exhibit 3 | | | | |
| 98. | Personal Award Recommendation for William P. Draughon;  Ticknor, M.D. Deposition Exhibit 4 and Barber Deposition Exhibit 1 | | | | |

| 99. | Forensic Cases Depositions and Courtroom Testimony; Ticknor, M.D. Deposition Exhibit 17 | | | | |
|---|---|---|---|---|---|
| 100. | Fee Schedule for Forensic Evaluations – 2016; Ticknor, M.D. Deposition Exhibit 18 | | | | |
| 101. | Expert Report of Christopher Ticknor, M.D. with attachments, Ticknor, M.D. Deposition Exhibit 20 | | | | |
| 102. | Deposition transcripts of Amalia Bullard, Ph.D. taken on December 9, 2016 | | | | |
| 103. | Deposition transcripts of Andrea Barber taken on August 30, 2016 | | | | |
| 104. | Deposition transcripts of Cherie Durkin taken on December 5, 2016 | | | | |
| 105. | Deposition transcripts of Christopher B. Ticknor, M.D. taken on January 6, 2017 | | | | |
| 106. | Deposition transcripts of Corey Draughon taken on September 2, 2016 | | | | |
| 107. | Deposition transcripts of Denise Cumberland taken on August 29, 2016 | | | | |
| 108. | Correspondence with attached Consent to Termination of Parental Rights and Consent to Adoption, Cumberland Deposition Exhibit 119 | | | | |
| 109. | Deposition transcripts of Donald Draughon taken on August 23, 2016 | | | | |
| 110. | Deposition transcripts of George W. Dent, III, Ph.D. taken on December 20, 2016 | | | | |
| 111. | Deposition transcripts of Glenn Hamby taken on September 8, 2016 | | | | |
| 112. | Photograph of tattoo of William Draughon, Hamby Deposition Exhibit 1 | | | | |
| 113. | Deposition transcripts of James P. Walterbach, M.D. taken on December 5, 2016 | | | | |
| 114. | Deposition transcripts of Jenifer Campbell taken on September 1, 2016 | | | | |
| 115. | Deposition transcripts of Jenny Rosinski, Ph.D. taken on December 19, 2016 | | | | |
| 116. | Deposition transcripts of Karlene Newsom taken on Dec | | | | |
| 117. | Deposition transcripts of Laurie Draughon taken on August 22, 2016 | | | | |
| 118. | Deposition transcripts of Raul Huet, M.D. taken on December 19, 2016 | | | | |
| 119. | Deposition transcripts of Steve St. Louis taken on December 28, 2016 | | | | |
| 120. | Deposition transcript of Thomas Demark, M.D. taken on December 6, 2016 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 121. | US VA Disability Claim File;  Exhibit B to Plaintiff's Opposition to Motion for Summary Judgment [USA_VA_00239-00240, 00409-00412] | | | | |
| 122. | 2004 VA-DoD Practice Guidelines for the Management of Post-Traumatic Stress [Page B-23] Exhibit H to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 123. | October 2010 (v. 2.0)  - VA/DoD Practice Guideline for Management of Post-Traumatic Stress - Prepared by The Management of Post-Traumatic Stress Working Group; Exhibit I to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 124. | Expert Report of Steven E. Bruce, Ph.D.; Exhibit V to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 125. | Rebuttal Expert Report of Steven E. Bruce, Ph.D.; Exhibit W to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 126. | Expert Report of Michael H. Allen, M.D.; Exhibit X to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 127. | Rebuttal Expert Report of Michael H. Allen, M.D.; Exhibit Y to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 128. | Supplemental Expert Report of Michael H. Allen, M.D.; Exhibit Z to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 129. | Medical Expert Report of Lawrence Amsel, M.D., MPH; Exhibit AA to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 130. | Certificate of Death; Exhibit CC to Plaintiff's Opposition to Motion for Summary Judgment [USA_VA_00547] | | | | |
| 131. | History Channel DVD, Shootout: Battlecry Iraq: Ramadi; Exhibit EE to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 132. | Photograph of tattoo of William Draughon Exhibit HH to Plaintiff's Opposition to Motion for Summary Judgment | | | | |
| 133. | DVD of photographs of William Draughon played at Memorial/visitation | | | | |
| 134. | Screen shot of select photographs from memorial DVD | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 135. | Plaintiff's First Amended Complaint (DOC. 053) | | | | |
| 136. | Funeral Expenses: (Draughon_01030-01031; 01056, 01058-01069; 01148-01152; 01644-01645 | | | | |
| 137. | Military Identification tags ("dog tags") of Cpl. William Draughon | | | | |
| 138. | **DEMONSTRATIVE EXHIBITS** – poster board blowups of exhibits, timeline of medical treatment, medical records, deposition transcripts, publications, photographs, etc. | | | | |

Respectfully submitted,

*/s/ Christina M. Pyle*
LARRY L. MCMULLEN         *pro hac vice*
MICHAEL T. RAUPP          KS Bar No. 25831
CHRISTINA M. PYLE         KS Bar No. 25019
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  (816) 983-8000
Facsimile:  (816) 983-8080
michael.raupp@huschblackwell.com
christina.pyle@huschblackwell.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on this 28th day of December, 2017, via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christina M. Pyle*
**Attorney for Plaintiff**